IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PRINCE D. KEY,

    Plaintiff,

  v.

Case No. 17-cv-521-jdp

ROBERT SHANNON,
JOSEPH CICHANOWICZ,
JOSHUA KOLBO and GARY BOUGHTON,
,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/20/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |